UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK,<br>　　　　　Plaintiff,<br>　　v.<br>ANA ALVAREZ,<br>　　　　　Defendant. | Case No. 23-cv-02593-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>**RE: DKT. NO. 4** |

The Court has reviewed Magistrate Judge Hixson's Report and Recommendation. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Clerk remand this case to the San Mateo County Superior Court and close the file.

**IT IS SO ORDERED.**

Dated: June 28, 2023

　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge